THE PEOPLE OF THE STATE OF NEW YORK ex rel. LARCHMONT MANOR PARK SOCIETY, Respondent, against JAMES M. SMITH, as Assessor of the Town of Mamaroneck, et al., Appellants.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LARCHMONT MANOR PARK SOCIETY, Respondent, against FRANK BARNES, Substituted in Place of EUGENE C. HARDING, Deceased, as Assessor of the Village of Larchmont, et al., Appellants.

Submitted January 14, 1946; decided January 24, 1946.

Motion by appellants for reargument denied, with $10 costs and necessary printing disbursements. [See 294 N. Y. 920.]